IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**TAKEISHA TUCKER**                                                           **PLAINTIFF**

VS.                              **CIVIL ACTION NO.: 3:16-cv-93-NBB-JMV**

**CALHOUN COUNTY**                                           **DEFENDANT**
**SCHOOL DISTRICT, ET AL.**

### ORDER ADOPTING [43] REPORT AND RECOMMENDATION

On consideration of the record of this action, the court finds that the Report and Recommendation [43] of the United States Magistrate Judge dated August 25, 2017, was on that date duly mailed to the parties; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore,

**ORDERED:**

1. That the Report and Recommendation of the United States Magistrate Judge dated August 25, 2017, is hereby approved and adopted as the opinion of the court.

2. That this case be **DISMISSED** for failure to prosecute and failure to comply with an order of the court.

3. That this case is hereby **CLOSED.**

THIS, the 12 day of October, 2017.

/s/ Neal B. Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE